AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| NATHALIE CALDERON,<br><br>*Plaintiff(s)*<br>v.<br>MERLO AND CO LLC;<br>THE PATIO, LLC;<br>MICHELE MERLO, individually; and<br>TULLIA GASPAROTTO, individually,<br>*Defendant(s)* | Civil Action No. 19-cv-24270 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE PATIO, LLC
c/o Registered Agent Michele Merlo
100 South Pointe Drive, 1609
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL A. SACK, ESQ.
1210 Washington Ave., Suite 245
Miami Beach, FL 33139
Telephone: (305) 397-8077

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 17, 2019

Angela E. Noble
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts